# DISCIPLINARY DOCKET

**87–719. Columbus Bar Assn. v. Ryan.**
This matter is pending before the court upon respondent's filing of a Motion for Leave to File Petition for Reinstatement. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

COOK and LUNDBERG STRATTON, JJ., dissent.

**96–431. Disciplinary Counsel v. Connaughton.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a Motion for Leave to File Motion for Order to Show Cause. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–522. Disciplinary Counsel v. Trumbo.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a Motion for Leave to File Motion for Order to Show Cause. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.

**96–1513. In re Resignation of Levine.**
This matter is pending before the court upon the filing by the Clients' Security Fund of a Motion for Leave to File Motion for Order to Show Cause. Upon consideration thereof,

IT IS ORDERED by the court that the motion be, and is, hereby, granted.